IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN [JACKSON] DIVISION

**AMANDA KAYE RENFROE,**
**INDIVIDUALLY, AS THE WIDOW**
**OF MICHAEL WAYNE RENFROE,**
**DECEASED; AND AS THE NATURAL**
**MOTHER AND ADULT NEXT FRIEND**
**OF S.W.R., HER MINOR CHILD, WHO**
**ARE THE SOLE HEIRS AND WRONGFUL**
**DEATH BENEFICIARIES OF MICHAEL**
**WAYNE RENFROE**                                               **PLAINTIFFS**

**VS.**                              Civil action no.:  18-cv-00609-DPJ-FKB

**ROBERT DENVER PARKER**
**And DOES 1-100**                                              **DEFENDANTS**

**ENTRY OF APPEARANCE AS CO-COUNSEL FOR PLAINTIFFS**

I, William C. Bell, do hereby enter my appearance as co-counsel for the above-styled plaintiffs, and request that all notices, pleadings, and other documents be served on me by filing and service through the court's electronic filing system.

Respectfully submitted, this 1st day of November, 2018.

/s/ William C. Bell
William C. Bell, Miss. bar no. 9328
Bell Law Firm, PLLC
443 B Northpark Drive
Ridgeland, MS 39157
Phone: 601-956-0360

## Certificate of Service

I, William C. Bell, do hereby certify that I have this day served a copy of the above *Entry of Appearance* on the parties by filing this pleading through the court's ECF filing system.

This, the 1st day of November, 2018.

/s/ William C. Bell
William C. Bell, bar no. 9328
Bell Law Firm, PLLC
