

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

AMANDA KAY RENFROE                                                   PLAINTIFF

v.                                                      CIVIL ACTION NO.: 3:18-cv-609-DPJ-FKB

ROBERT DENVER PARKER                                       DEFENDANT

### ORDER OF RECUSAL

This cause is before the Court, *sua sponte,* for recusal of F. Keith Ball as the United States Magistrate Judge herein. Having considered the standards set forth in 28 U.S.C. § 455, the undersigned finds it appropriate to recuse himself from this case.

IT IS, THEREFORE, ORDERED that the undersigned recuses himself from all further proceedings in this case. All motions and other matters, which are the responsibility of the magistrate judge, shall be submitted to United States Magistrate Judge Linda R. Anderson to whom this case is hereby reassigned.

So ordered this the 2nd day of November, 2018.

                                                         */s/ F. Keith Ball*
                                                         UNITED STATES MAGISTRATE JUDGE