

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| AMANDA KAY RENFROE, individually, as the widow of MICHAEL WAYNE RENFROE, deceased; and as the natural mother and adult next friend of S.W.R., her minor child, who are the sole heirs and wrongful death beneficiaries of MICHAEL WAYNE RENFROE, deceased | PLAINTIFFS |
| VS. | CASE NO. 3:18-cv-609-DPJ-FKB |
| ROBERT DENVER PARKER, RANDALL TUCKER, and DOES 1-100 | DEFENDANTS |

## NOTICE OF CONVENTIONAL FILING

NOTICE is hereby given that Exhibit "2" [DVD] to the Plaintiffs' Response In Opposition to Motion for Summary Judgment cannot be filed electronically in its original format, and is being filed conventionally with the Office of the Clerk; with a copy to be served on defendants' counsel via U.S. mail in accordance with the ECF Administrative Filing Procedures.

This the 5th day of April, 2019.

                                              AMANDA KAY RENFROE, individually, as the widow of MICHAEL WAYNE RENFROE, deceased; and as the natural mother and adult next friend of S.W.R., her minor child, who are the sole heirs and wrongful death beneficiaries of MICHAEL WAYNE RENFROE, deceased,
                                              PLAINTIFFS

BY: /s/ William C. Bell
                    William C. Bell

OF COUNSEL:

William C. Bell, MS Bar No. 9328
williambell.law@gmail.com
Bell Law Firm, PLLC
443 Northpark Drive, Suite B
Ridgeland, MS 39157

## CERTIFICATE OF SERVICE

I, William C. Bell, do hereby certify that I have this day served the foregoing Notice of Conventional Filing upon the following counsel of record by filing the notice through the court's ECF filing system:

Rebecca B. Cowan, Esq.
Currie, Johnson & Myers, P.A.
P. O. Box 750
Jackson, MS  39205-0750

This the 5th day of April, 2019.

_____
William C. Bell